**CHIU HUNG WONG, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 07–74173.**

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 1, 2010.

Chiu Hung Wong, Oakland, CA, pro se.

Kristin Edison, OIL, Katharine Clark, Esquire, Trial, Carol Federighi, Esquire, Senior Litigation Counsel, Daniel Eric Goldman, Esquire, Senior Litigation Counsel, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Chiu Hung Wong, a native and citizen of Hong Kong, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's order of removal. We have jurisdiction under 8 U.S.C. § 1252. The government's renewed mo-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion to remand this petition for review to the BIA is granted over Wong's opposition.

We therefore do not reach the merits of Wong's petition for review.

**PETITION FOR REVIEW REMANDED.**